

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2022

No. 04-22-00153-CV

**IN RE ALAMO TRANSIT COMPANY; ALAMO GARDEN, INC.; ALAMO CEMENT COMPANY; ALAMO CONCRETE PRODUCTS COMPANY; FERNANDO MASCORRO; AND ARNOLDO CANALES**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-08-40320-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

On April 19, 2022, we granted Relators' and Real Party in Interest's joint motion to abate for them to finalize their settlement agreement, and we abated this proceeding until May 23, 2022.

On May 24, 2022, the parties filed a joint motion to extend the abatement for ten days so the parties may fund the settlement.

The joint motion is granted; this proceeding is abated until Friday, June 3, 2022, or until further order of this court.

It is so **ORDERED** on May 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT